**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **JOSEPH SANDERS,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | |
| | ) | **CIVIL NO. 07-cv-792-JPG** |
| **vs.** | ) | |
| | ) | **CRIMINAL NO. 04-cr-40030** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| **Respondent/Plaintiff.** | ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On September 27, 2005, Petitioner was found guilty, after a bench trial, of possessing a makeshift knife - a prohibited item - while incarcerated in violation of 18 U.S.C. § 1791(a)(2). On March 15, 2006, Petitioner was sentenced to 60 months imprisonment, 3 years supervised release, and a special assessment of $100.00. On November 9, 2007, Petitioner filed the instant motion under § 2255.

In his motion the Petitioner raises four grounds for relief: (1) that his attorney failed to follow Petitioner's instructions and he was denied a preliminary hearing; (2) that his fourth amendment rights were violated with respect to his arrest; (3) that the Court erroneously determined that he was a career offender; and (4) that an exculpatory video recording was tampered by having the sound erased or removed .

The Court **ORDERS** the Government to file a response to Petitioner's motion within

**THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: December 16, 2008.**

**s/ J. Phil Gilbert**
**U. S. District Judge**