UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH SANDERS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 07-cv-792-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Joseph Sanders' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Joseph Sanders, and that this case is dismissed with prejudice.

DATED: March 31, 2009

JUSTINE FLANAGAN, Acting Clerk

By:s/Deborah Agans, Deputy Clerk

Approved:   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**